IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID ROSS, JACOB STAHOVIAK-BURGAN, on behalf of themselves and all others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) Case No. 2:21-cv-1754-DSC ) ) |
| v. | ) ) ) |
| CIFERNO CEMENT CONTRACTING, LLC, and JOHN CIFERNO, both jointly and severally, | ) ) ) ) |
| Defendants. | ) ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE UNDER F.R.C.P 41**

AND NOW, the Plaintiffs, David Ross and Jacob Stahoviak-Burgan ("Plaintiffs"), by and through counsel, and the Defendants, Ciferno Cement Contracting, LLC and John Ciferno ("Defendants"), by and through counsel (together hereinafter referred to collectively as the "Parties"), hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action and all claims, including counterclaims, and defenses asserted therein be dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses.

WHEREFORE, the Parties, by and through their undersigned counsel, agree that each claim and count, including all counterclaims, asserted in the above-captioned matter are hereby dismissed with prejudice.

Dated: December 8, 2022

| | |
|---|---|
| /s/ Travis A. Gordon | /s/ Andrew J. Ruxton |
| Travis A. Gordon | Kurt A. Miller |
| tgordon@jpward.com | kmiller@clarkhill.com |
| Pa. I.D. No. 328314 | Pa. I.D. No. 37850 |
| Joshua P. Ward, Esq. | Andrew J. Ruxton |
| jward@jpward.com | aruxton@clarkhill.com |
| Pa. I.D. No. 320347 | Pa. I.D. No. 322818 |
| J.P. Ward & Associates, LLC | CLARK HILL PLC |
| The Rubicon Building, Suite 201 | One Oxford Centre |
| 201 South Highland Avenue | 301 Grant Street, 14th Floor |
| Pittsburgh, PA 15206 | Pittsburgh, PA 15219 |
| *Attorneys for Plaintiffs, David Ross and Jacob Stahoviak-Burgan* | Telephone: (412) 394-2363 |
| | Facsimile: (412) 394-2555 |
| | *Attorneys for Defendants, Ciferno Cement Contracting, LLC, and John Ciferno* |

**SO ORDERED:**          s/David Stewart Cercone
                         David Stewart Cercone
Date: April 7, 2023      Senior U.S. District Court Judge